



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>Guadalupe Vega-GUTIERREZ | ) Magistrate's Case No. 08MJ1031<br>)<br>)<br>) COMPLAINT FOR VIOLATION OF<br>)<br>) 21 U.S.C. 952 and 960<br>)<br>) Importation of a Controlled Substance<br>) |

The undersigned complainant, being duly sworn, states:

### COUNT ONE

That on or about April 2, 2008, within the Southern District of California, defendant Guadalupe Vega-GUTIERREZ, did knowingly and intentionally import approximately 138.8 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of probable cause, which is incorporated herein by reference.

_____
Signature of Complainant
Manuel J. Martinez, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this ____ day of April 2008.

_____
United States Magistrate Judge

Page 1

**United States of America**

**vs.**

**Guadalupe Vega-GUTIERREZ**

### STATEMENT OF PROBABLE CAUSE

I, Special Agent Manuel J. Martinez, declare under penalty of perjury the following is true and correct:

On April 2, 2008, at approximately 1044 hours, Guadalupe Vega-GUTIERREZ entered the United States from the Republic of Mexico at the Otay Mesa Commercial Port of Entry, San Diego, California. Vega-GUTIERREZ was the driver, and sole occupant of a white International Tractor bearing California license plate 9E00783. Vega-GUTIERREZ was not the registered owner of the tractor and was referred to the non-intrusive x-ray inspection. Customs and Border Protection Officer (CBPO) Scott Bidnick requested Canine Enforcement Officer (CEO) Roberto Pagan to screen the Tractor that Vega-GUTIERREZ was driving with his Narcotic/Human Detector Dog (NHDD) Niko CF-82. CEO Pagan observed his NHHD indicate a positive alert to Tractor. During the x-ray inspection, a large dense mass was detected in the gas tanks of the Tractor.

CBPO Hector Herrera conducted a presumptive test of one of the packages which was found in the gas tank. The presumptive test revealed a positive reaction to the presence of marijuana.

A total of 10 packages were removed from the gas tanks containing approximately 138.8 kilograms of marijuana.

1   Vega-GUTIERREZ was arrested and charged with violation of Title 21 USC 952, 960, Unlawful

2   Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San

3   Diego, CA.

4

5

6

7

8   Executed on this 3rd day of April 2008 at _____.

9

10                                          Manuel J. Martinez, Special Agent
                                            Immigration and Customs Enforcement
11

12  _____            4/3/08    4:40 pm
    United States Magistrate Judge        Date and Time
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28