UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1383 JAH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| GUADALUPE VEGA-GUTIERREZ, | |
| Defendant. | |

The United States Attorney charges:

On or about April 2, 2008, within the Southern District of California, defendant GUADALUPE VEGA-GUTIERREZ, did knowingly and intentionally import [100 kilograms or more, to wit:] approximately 138.8 kilograms (305.36 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 1, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
4/16/08